**LLOYD KRAUS, CHAPTER 13 TRUSTEE**

Check #.: **1192265**

Payee: Clerk of the Court

Please notify the Court & this office of any changes made pertinent to your account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|--------|---------|----------------|-----------|---------|-----------|----------|-------|
| 1710239 | 00000 | CAROLE HUNTER | | 0.00 | 1,015.30 | 0.00 | 1,015.30 |
| | | Original Check written to: | | | | | |
| | | CAROLE HUNTER | | | | | |
| | | 5444 FOLSOM DRIVE APT 5 | | | | | |
| | | BEAUMONT, TX,   77706 | | | | | |
| | | **TOTALS** | | 0.00 | 1,015.30 | 0.00 | 1,015.30 |